1    ADAM PAUL LAXALT
     Attorney General
2    KATLYN M. BRADY
     Deputy Attorney General
3    State of Nevada
     Office of the Attorney General
4    555 E. Washington Ave., Ste. 3900
     Las Vegas, NV 89101
5    (702) 486-0661 (phone)
     (702) 486-3773 (fax)
6    katlynbrady@ag.nv.gov

7    *Attorneys for Defendant*
     *Judge Douglas Herndon*

8

9                UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11    KIM BLANDINO,          )    CASE NO. 2:18-CV-00600-MMD-VCF

12                      )    STIPULATION AND ORDER CONTINUING
                      )    DATE FOR PLAINTIFF'S OPPOSITION TO
13         Plaintiff,        )    DEFENDANT DOUGLAS HERNDON'S
                      )    MOTION TO DISMISS
14       vs.                )    [LR IA 6-1(a)0
                      )
15    DOUGLAS HERNDON, in his official   )    (First Request)
   capacity as a State of Nevada Judge and in his   )
16    individual capacity, and DR. JEFFREY    )
17    WEINBERGER, MD,         )
                      )
18          Defendant(s).       )
      _____ )

19       IT IS HEREBY STIPULATED AND AGREED by and between the parties that the

20    deadline for plaintiff's opposition to Defendant Judge Herndon's motion to dismiss (EFC No. 10)

21    be extended to June 26, 2018. Plaintiff's opposition is currently due June 19, 2018. The parties

22    additionally agree to extend plaintiff's time to file a reply to Defendant Judge Herndon's

23    opposition to plaintiff's motion for immediate summary judgment (ECF No. 11). Plaintiff shall

24    have until June 26, 2018 to file his reply.

25       Pursuant to LR IA 6-1(a), this is the first request for an extension of time to file the

26    . . .

27    . . .

28    . . .

1   . . .

2   . . .

3   . . .

4   opposition. The extension is necessary to give plaintiff adequate time to prepare and respond to

5   Defendant Judge Herndon's motion to dismiss.

6

7                                           ADAM PAUL LAXALT
                                            Nevada Attorney General
8
    /s/ _____            /s/ _____
9   Kim Blandino                            Katlyn M. Brady
    441 N. 16th St.                         Deputy Attorney General
10  Las Vegas, NV  89101                    555 E. Washington Ave
    Plaintiff                               Suite 3900
11                                          Las Vegas, NV  89101

12  Dated: June 14, 2018                    Dated:  June 8, 2018

13

14                                          IT IS SO ORDERED:

15

16                                          _____
                                            UNITED STATES DISTRICT JUDGE OR
17                                          UNITED STATES MAGISTRATE JUDGE

18                                          Dated: June 19, 2018

19

20

21

22

23

24

25

26

27

28